In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-10166

---

JUAN CARLOS HERNANDEZ-LANDAVERDE,

Petitioner,

*versus*

U.S. ATTORNEY GENERAL,

Respondent.

---

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A200-595-969

---

Before JORDAN, ROSENBAUM, and NEWSOM, Circuit Judges.

BY THE COURT:

Petitioner's motion for a stay of removal pending appeal is GRANTED. Judge Newsom would deny the motion for a stay and dissents.

The Clerk's office is directed to treat any motion for reconsideration of this order as a non-emergency matter.