In the

# United States Court of Appeals

## For the Eleventh Circuit

No. 25-10166

JUAN CARLOS HERNANDEZ-LANDAVERDE,

*Petitioner,*

*versus*

U.S. ATTORNEY GENERAL,

*Respondent.*

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A200-595-969

ORDER:

Counsel are directed to be prepared to address the following issue at oral argument on Thursday, October 1, 2026:

After the briefs were submitted, the Supreme Court decided *Urias-Orellana v. Bondi*, 146 S. Ct. 845 (2026). It held that circuit courts should review for substantial evidence findings about persecution by the Board of Immigration Appeals, under the same provision, 8 U.S.C. § 1252(b)(4), that governs this petition. *Id.* at 545. It

rejected the argument that *de novo* review applies for this mixed question of law and fact. *See id.* at 549–50. Please be prepared to discuss whether *Urias-Orellana* clarifies that we should review for substantial evidence the finding by the Board that Hernandez-Landaverde failed to prove that he would more likely than not face torture if removed to El Salvador.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION